```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

INTERNAZIONALE GRANITI S.R.L,:    CIVIL ACTION
                             :    NO. 07-1790
         Plaintiff,          :
                             :
     v.                      :
                             :
MONTICELLO GRANITE LTD.      :
et al.,                      :
                             :
         Defendants.         :
```

## **J U D G M E N T**

**AND NOW**, this **12th** day of **August 2009,** it is hereby **ORDERED** that Judgment in the amount of $506,222.79 is hereby entered in favor of Plaintiff Internazionale Graniti S.R.L. and against Defendants Monticello Granite Ltd. and Salvatore Santoro.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mark this case as **CLOSED.**

**AND IT IS SO ORDERED.**

                         S/Eduardo C. Robreno
                         **EDUARDO C. ROBRENO, J.**